IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA ANN KIRKLAND**, | : | CIVIL ACTION NO. 3:12-CV-2560 |
| Plaintiff, | : | (Chief Judge Conner) |
| v. | : | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 25th day of March, 2014, upon consideration of the complaint (Doc. 1) of plaintiff Debra A. Kirkland ("Kirkland") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying her claim for social security and disability benefits, the Commissioner's answer thereto (Doc. 7), the transcript of the administrative proceedings (Doc. 8), and the parties' briefs (Docs. 11-13), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall enter judgment in favor of Debra A. Kirkland and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner denying Debra A. Kirkland's application for benefits is VACATED and the case REMANDED to the Commissioner for further proceedings and issuance of a new decision consistent with the accompanying memorandum.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania